





People with an interest in 3D printing are unknowingly committing crimes by producing guns

CRIME

# Criminals exploit hobbyists who share tips on 3D-printed guns

Charlotte Wace




 **freeman--1337**

Today

 Would you sell a Glock lower I don't want to buy a 3d printer lol

lol, that's a felony 

no, can't do it. But setting up an ender 3 is pretty easy and a printer is like $200 FWIW







Unsent Tweets

Niko @LongDongJohsone · 2m
lol AFT is warning me not to follow you, even tho I'm living in Germany... So pathetic... pic.twitter.com/qjf6yV1vMA

Replying to @LongDongJohsone

lol fuck the AFT and their warnings, I'm here to arm the masses :D

Reply

⊙ Here, there, and everywhere
🗓 Juli 2021 beigetreten

216 Folge ich   5.337 Follower

Gefolgt von Gerald.Katz, Kyle Prints Pews, Mr.Snow.Makes und 4 weitere

Newsletter

The AFT Warns Not to Follow
The AFT has issued a warning not to follow freeman1337 or view his propaganda. Thi...



When the Feds track you down to your Appalachian cave home but you've been training a actual fucking wendigo in guerrilla warfare after feeding him chicken tenders and bang energy drinks for the past 6 months





**Dr. Freeman1337, PHD** @Freeman13372 · 9m

FWIW, why even comply with NY or California law? Interstate commerce clause being what it is? What can those states AGs do to you (being in MI) if you choose not to comply with their state's laws?

💬 2          ⟳          ♡          📊 610          ⬆

---



r/legaladviceofftopic
u/earants · 167d



# Is it illegal to tell a cop to kill themselves?

just wondering

 1            4           Share          











