Post

**Dr. Freeman1337, PHD**
@Freeman13372

Adding onto this:
-don't put "Come and Take It" or other lettering on your car if you're transporting unregistered NFA items
-don't speed
-be a good and kind neighbor, don't outwardly act like an incel to those who might report you
-don't give people reason to suspect you

> **Dr. Freeman1337, PHD** @Freeman13372 · Feb 11
> Replying to @oo7jhawk
> People forget about the in-person opsec
>
> It's not just staying safe on the internet, it's holding up the persona to your neighbors, IRL frens, and family that you're not committing any BIG BOY ...
> Show more

10:09 PM · Feb 11, 2024 · 4,945 Views

💬 9    🔁 15    ❤️ 122    🔖 6    ⬆️

Post your reply

**Lysander Boomer** ✅ @LysanderBoomer · Feb 11
I would also suggest leaving cell phones and other such devices somewhere else. If your car has onstar etc that can be used to track you as well.

If you are doing serious felony gun shiz paranoia is prudence.

💬 2    🔁    ❤️ 10    📊 265    🔖    ⬆️

**Dr. Freeman1337, PHD** @Freeman13372 · Feb 11
Honestly it all depends on context and whether you think you're being watched. If you're going shooting somewhere without cell reception, that simplify things a bit

💬 1    🔁    ❤️ 6    📊 219    🔖    ⬆️

Show replies

**Mike Honcho** @UngovernableJim · Feb 11
This is what makes me timid about getting into printing. Yea the Gatalog has the files but no one talks about how you safely download and store files to print. Can you plug USB's into printers to just download them onto there or what's the best way to maintain privacy?

💬 2    🔁    ❤️ 2    📊 211    🔖    ⬆️

**Dr. Freeman1337, PHD** @Freeman13372 · Feb 11
@AGCast4 maybe a stream on oppsec is in order?

💬 2    🔁    ❤️ 9    📊 218    🔖    ⬆️

---

🔍 Search

**Relevant people**

**Dr. Freeman1337**    Follow
@Freeman13372
Dev of the first working 3DP 1911A1 Author of the LoPointv2 Creator of the Everytown Mag Stippler of Surfaces Toreador of Taurus Frames Sayer of the quiet part

**What's happening**

Wings at Liberty
WNBA · Starts at 6:00 I

Trending in United States
**He's 17**
12.1K posts

News · Trending
**Ann Coulter**
Trending with Oprah

Politics · Trending
**Chelsea Clinton**
2,936 posts

Music · Trending
**RIP Rocky**

Show more

Terms of Service   Privacy Policy
Cookie Policy   Accessibility   Ads info
More ···   © 2024 X Corp.


COURT EXHIBIT 2

Show replies

**Рафаэль, Tsar of FrunkArsenal** @raphtist · Feb 11

Being originally from the same place you are in, YES. Blend in, don't stand out as the type of person worth interest. If you're an everyday Joe, nobody will think twice about you.

2 · 113

**derpsauce** @benjaminla37802 · Feb 12

A Biden Harris sticker on the car would be a nice touch. You're a democrat. Be one openly. Deep cover.

25

**Raspy** @chufnugget · Feb 12

people hear the words "just be normal" and shit the bed on opsec

1 · 76

**Anti-Gunner Leaks** @AGleaks · Feb 12

Keep your vehicle in a good operational state, and it's taxes and registration up to date.

3 · 106