UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

PETER CELENTANO,

           Defendant.

**ORDER OF DETENTION**

Case No. 1:24-mj-1204-JJM

---

For the reasons proffered by the government at defendant's detention hearing on October 21, 2024, and after hearing testimony from ATF Special Agent John J. Nowak and considering Court Exhibits 1 and 2 ([7, 8]), I find by a preponderance of the evidence that no condition or combination of conditions will reasonably assure defendant's appearance as required at further proceedings before this court, and I further find by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.  Accordingly, it is hereby

ORDERED that, pursuant to 18 U.S.C. §3142(i)(2), defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED that, pursuant to 18 U.S.C. §3142(i)(3), defendant be afforded reasonable opportunity for private consultation with counsel; and it is further

ORDERED that, pursuant to 18 U.S.C. §3142(i)(4), upon order of a court of the United States or on request of an attorney for the government, the person in charge of the

corrections facility in which defendant is confined, deliver defendant to United States Marshals for the purpose of an appearance in connection with a court proceeding; and it is further

ORDERED, that the foregoing is without prejudice to defendant's right to the presumption of innocence, or to his right to request a detention hearing at a later date based on changed circumstances.

Dated: October 22, 2024

/s/ Jeremiah J. McCarthy
JEREMIAH J. MCCARTHY
United States Magistrate Judge